UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: SAKKAS & CAHN

---

ABIGAIL GONZALEZ

                                        Plaintiff(s)

         - against -

UNITED STATES OF AMERICA

                                        Defendant(s)

Index # 08 CIV 5711

Purchased June 25, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 10, 2008 at 12:20 PM at

C/O US ATTORNEY'S OFFICE , CIVIL DIVISION
86 CHAMBERS STREET, 3RD FL.
NEW YORK, NY 10007

deponent served the within CIVIL COVER SHEET, SUMMONS AND COMPLAINT on UNITED STATES OF AMERICA therein named.

    BY LEAVING A TRUE COPY WITH ARETHA CHARLES, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 26 | 5'7 | 160 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 10, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

ANDERSON CHAN
License #: 1220482
Invoice #: 464885

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728