UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ABIGAIL GONZALEZ,                                       Docket No.:    08 Civ. 5711 (RMB)
                                                        Justice:    Hon. Richard M. Berman
                                    Plaintiff,

                -v.-

UNITED STATES OF AMERICA,                               *NOTICE   OF   APPEARANCE*

                                    Defendant.
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record for the plaintiff in the above captioned action.

**PLEASE TAKE FURTHER NOTICE** that any and all pleadings and papers relative to this matter should be served upon the undersigned.

Dated:  New York, New York
        July 15, 2008

                                        S A K K A S   &   C A H N ,   L L P

                        By: _____
                            MATTHEW SAKKAS, ESQ.
                            Attorney for Plaintiff
                            150 Broadway, Suite 1307
                            New York, N.Y.  10038
                            Tel:   (212)693-1313
                            Fax:   (212)693-1314

## AFFIRMATION OF SERVICE

MATTHEW SAKKAS, an attorney duly admitted to practice law before this Court, affirms to the truth of the following under penalty of perjury:

I am not a party to this action, I am over 18 years of age and I reside in New York, New York.  On July 15, 2008 I mailed a copy of the within **NOTICE OF APPEARANCE** to the persons or firms listed below at the following addresses:

>US Attorney's Office, Civil Division
>86 Chambers Street, 3rd Floor
>New York, NY 10007

by enclosing a copy of same in a postpaid properly addressed envelope and depositing said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Dated: New York, New York
       July 15, 2008

S A K K A S   &   C A H N ,   L L P

By: _____
MATTHEW SAKKAS, ESQ.
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y.  10038
Tel:   (212)693-1313
Fax:   (212)693-1314

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Docket No.:    08 Civ. 5711 (RMB)<br>Justice:    Hon. Richard M. Berman |

ABIGAIL GONZALEZ,

                                            Plaintiff,

                *-v.-*

UNITED STATES OF AMERICA,

                                            Defendant.

## *N O T I C E   O F   A P P E A R A N C E*

*SAKKAS & CAHN, LLP*
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y.  10038
Tel:(212)693-1313
Fax:(212)693-1314