UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ABIGAIL GONZALEZ,                                          Docket No.:    08 Civ. 5711 (RMB)
                                                           Justice:       Hon. Richard M. Berman

                                 Plaintiff,

                  -v.-

UNITED STATES OF AMERICA,                                  ***NOTICE OF INITIAL CONFERENCE***

                                 Defendant.

------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the above action has been assigned to the Honorable Richard M. Berman.

      **PLEASE TAKE FURTHER NOTICE** per the attached notification from the Court an initial conference for the above action is set for August 20, 2008 at 9:15 am in Courtroom 21D (21st floor), 500 Pearl Street. The parties are to present a completed Case Management Plan at the conference, as directed in the attached notice.

Dated: New York, New York
       July 15, 2008

                                                  SAKKAS & CAHN, LLP

                                       By: _____
                                           MATTHEW SAKKAS, ESQ.
                                           Attorney for Plaintiff
                                           150 Broadway, Suite 1307
                                           New York, N.Y. 10038
                                           Tel:   (212)693-1313
                                           Fax:  (212)693-1314

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007
(212) 805-6715

Chambers of
RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

# FAX COVER PAGE

DATE: 7/3/08

TO: Matthew Sekkas

FAX: 212-693-1314

FROM: **Honorable Richard M. Berman**

PAGES INCLUDING COVER: 4

**COMMENTS:**

Counsel receiving this documentation is directed to transmit a copy to all other parties in these proceedings and to retain proof of such transmittal.

NOTICE: The information contained in this transmission is privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended addressee, the reader is hereby notified that any consideration, dissemination or duplication of this communication is strictly prohibited. If the addressee has received this communication in error, please call us immediately by telephone. Thank you.

> Counsel receiving this documentation is directed forthwith to transmit a copy to all other counsel/parties in these proceedings and to retain proof of such transmittal.
>
> Richard M. Berman, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

------------------------------------------------------------X
ABIGAIL GONZALEZ

                Plaintiffs,

      -against-                                              08 Civ. 5711 (RMB)

UNITED STATES OF AMERICA
                Defendants.
------------------------------------------------------------X

      This action has been assigned to the Honorable Richard M. Berman. An initial pre-trial conference is set for **August 20, 2008 at 9:15 a.m.** in **Courtroom 21D** (21st floor), 500 Pearl Street, U.S. District Courthouse. You are advised to review Judge Berman's Individual Practices, which can be obtained in the Clerk's/Cashier's Office, 1st floor, 500 Pearl Street, U.S. District Courthouse or by visiting the Court's website at www.nysd.uscourts.gov. **Counsel for plaintiff is responsible for notifying all parties of the above date immediately**.

      In accordance with Rule 16 of the Fed. R. Civ. P., counsel should complete in advance of the conference and develop a case management plan (form enclosed). Counsel should bring copies of the completed case management plan to the conference.

      In addition to the matters covered in the case management plan, counsel should also be prepared to address at the conference the factual and legal bases for their claims or defenses, subject matter jurisdiction, and any other issue relevant to case management. **Counsel should also be prepared to discuss efforts to settle the case.**

**Courtesy Copies of all Rule 7.1 Statements and pleadings shall be submitted to chambers prior to this conference.**

Dated: New York, New York
       July 3, 2008

                                                      Very truly yours,

                                                      Kira Velazquez
                                                      Intern to the Hon. Richard M. Berman
                                                        **(212) 805-6715**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

                Plaintiff(s),                    **Case Management Plan**

- v -                                                  \_\_\_\_\_ CV. _____ (RMB)

                Defendant(s).
------------------------------------------------------------X

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____

(ii)    Amend the pleadings by _____

(iii)   All discovery to be **expeditiously** completed by_____

(iv)   Consent to Proceed before Magistrate Judge_____

(v)    Status of settlement discussions_____

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other_____

**SO ORDERED:** New York, New York

                _____

                                                              **Hon. Richard M. Berman, U.S.D.J.**

## AFFIRMATION OF SERVICE

MATTHEW SAKKAS, an attorney duly admitted to practice law before this Court, affirms to the truth of the following under penalty of perjury:

I am not a party to this action, I am over 18 years of age and I reside in New York, New York. On July 15, 2008 I mailed a copy of the within **NOTICE OF INITIAL CONFERENCE** to the persons or firms listed below at the following addresses:

> US Attorney's Office, Civil Division
> 86 Chambers Street, 3rd Floor
> New York, NY 10007

by enclosing a copy of same in a postpaid properly addressed envelope and depositing said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Dated: New York, New York
       July 15, 2008

SAKKAS & CAHN, LLP

By: _____
MATTHEW SAKKAS, ESQ.
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y. 10038
Tel:   (212)693-1313
Fax:   (212)693-1314

-2-

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Docket No.:   08 Civ. 5711 (RMB)<br>Justice:    Hon. Richard M. Berman |

ABIGAIL GONZALEZ,

                                              Plaintiff,

                -*v*.-

UNITED STATES OF AMERICA,

                                              Defendant.

### ***NOTICE   OF   INITIAL   CONFERENCE***

*SAKKAS & CAHN, LLP*
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y.  10038
Tel:(212)693-1313
Fax:(212)693-1314