UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Gonzalez Plaintiff(s),                     **Case Management Plan**

— v —                                       08 CV.5711(RMB)

USA

                Defendant(s).
------------------------------------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____

(ii)    Amend the pleadings by _____

(iii)   All discovery to be **expeditiously** completed by _____

(iv)    Consent to Proceed before Magistrate Judge _____

(v)     Status of settlement discussions _____

**Sections vi through xi will be set at conference with the Court.**

(vi)    ~~Motions~~ Def letter by 9/3/08; Pl response by 9/10/08

(vii)   Oral Argument _____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix)    Final Pre-Trial Conference _____

(x)     Trial _____

(xi)    Other  9/25/08 @ 2:30 Conference

**SO ORDERED:** New York, New York
        8/20/08

                                              RMB
                                              Hon. Richard M. Berman, U.S.D.J.